THE TRAVELERS INDEMNITY COMPANY, Appellant, v. EDWARD A. THOMPSON, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.